## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| BRIAN OMBONGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action File No.** |
| | ) | |
| SEAN ALAVI d/b/a TRIAGE | ) | _____ |
| CONSULTING GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COME NOW, Triage Consulting Group, Inc., improperly named as Sean Alavi d/b/a Triage Consulting Group, the Defendant in the above-styled civil action, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, file this, its Notice of Removal and respectfully show to the Court the following:

1.

The Plaintiff filed suit against Defendant in the Superior Court of Fulton County, State of Georgia (the "Suit"), which County is within the Atlanta Division of this Court. This Suit is styled as above and numbered Civil Action File No. 2018-CV-309007 in that court.

2.

Plaintiff's Complaint was filed on or about August 13, 2018, in the Superior

Court of Fulton County, State of Georgia. Defendant shows that this Notice is filed within 30 days from the date of service on Defendant.

3.

As appears from a copy of the Complaint, Plaintiff seeks recovery from Defendant for alleged violations of federal rights secured pursuant to 42 U.S.C. § 2000e, et. seq, for alleged discrimination on the basis of race, and 42 U.S.C. § 2000(c)(3), for alleged retaliation.

4.

The aforementioned Suit is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446 and that this civil action is one of which this District Court has original jurisdiction founded on a claim or right arising under the Constitution and laws of the United States.

5.

Defendant attaches hereto as Exhibit A a copy of all process, pleadings, and orders served upon Defendant in this referenced action.

6.

Defendant has given contemporaneous written notice of filing this Notice to

Plaintiff, a copy of which is attached hereto as Exhibit B. Defendant has contemporaneously filed a written notice with the Clerk of the Superior Court of Fulton County, a copy of which is attached hereto as Exhibit C. All properly served defendants have consented to the removal of this action.

7.

Defendant files contemporaneously herewith its initial pleading in this action, its Motion to Dismiss the Complaint for failure to state a claim for relief as Exhibit D.

8.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

**WHEREFORE,** Defendant respectfully requests that this Court assume full jurisdiction of the controversy now pending between Plaintiff and Defendant in the Superior Court of Fulton County, State of Georgia, as provided by law.

This 14th day of September, 2018.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

/s/ Benton J. Mathis, Jr.
Benton J. Mathis, Jr.
Georgia Bar No. 477019
bmathis@fmglaw.com
Amanda M. Cash
Georgia Bar. No. 406807
acash@fmglaw.com

Counsel for Defendant

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T: (770) 818-0000
F: (770) 937-9960

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **BRIAN OMBONGA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action File No.** |
| | ) | _____ |
| **SEAN ALAVI d/b/a TRIAGE** | ) | |
| **CONSULTING GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that the

foregoing **NOTICE OF REMOVAL** has been prepared in compliance with Local

Rule 5.1(B) in 14-point New Times Roman type face.


/s/ *Benton J. Mathis, Jr.*
Benton J. Mathis, Jr.
Georgia Bar No. 477019
bmathis@fmglaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **BRIAN OMBONGA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action File No.** |
| | ) |
| **SEAN ALAVI d/b/a TRIAGE** | ) _____ |
| **CONSULTING GROUP,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, and certified mail, addressed to pro se plaintiff as follows:

Brian Ombonga
419 Briarvista Way NE
Atlanta, GA 30329

This 14th day of September, 2018.

/s/ Benton J. Mathis, Jr.  _____
Benton J. Mathis, Jr.
Georgia Bar No. 477019
bmathis@fmglaw.com